FILED
APR 29 2008
Clerk, U.S. District and
Bankruptcy Courts

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Daundra Grier, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 08 0741 |
| | ) | |
| Dart Bus Service of Delaware, | ) | |
| | ) | |
| Defendant. | ) | |

MEMORANDUM OPINION

This matter is before the Court on plaintiff's *pro se* complaint and application to proceed *in forma pauperis*. The Court will grant plaintiff's application and dismiss the complaint for lack of subject-matter jurisdiction.

The subject-matter jurisdiction of the federal district courts is limited and is set forth generally at 28 U.S.C. §§ 1331 and 1332. Under those statutes, federal jurisdiction is available only when a "federal question" is presented or the parties are of diverse citizenship and the amount in controversy exceeds $75,000. A party seeking relief in the district court must at least plead facts that bring the suit within the court's jurisdiction. *See* Fed. R. Civ. P. 8(a). Failure to plead such facts warrants dismissal of the action. *See* Fed. R. Civ. P. 12(h)(3).

In what can only be construed as a diversity action, Plaintiff, a temporary resident of the District of Columbia, sues the Dart Bus Service of Delaware for personal injury stemming from an auto accident in Wilmington, Delaware. She seeks $5,000 for medical expenses. The amount in controversy is insufficient to bring the case within federal court jurisdiction. Accordingly, the complaint will be dismissed by separate Order issued contemporaneously.

Date: April  11 , 2008                           United States District Judge

