UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
APR 29 2008
Clerk, U.S. District and
Bankruptcy Courts

| | |
|---|---|
| Daundra Grier, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 08 0741 |
| ) | |
| Dart Bus Service of Delaware, ) | |
| ) | |
| Defendant. ) | |

ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is this 11th day of April 2008,

ORDERED that plaintiff's application to proceed *in forma pauperis* [Dkt. No. 2] is GRANTED; and it is

FURTHER ORDERED that this case is DISMISSED without prejudice for lack of subject-matter jurisdiction.

                                              /s/ Royce C. Lamberth
                                              United States District Judge